Filed 10/6/20  P. v. The North River Insurance Co. CA2/7

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SEVEN

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>THE NORTH RIVER INSURANCE CO. et al.,<br><br>Defendants and Appellants. | B295098<br><br>(Los Angeles County Super. Ct. No. SJ4402) |

APPEAL from an order of the Superior Court of Los Angeles County, Alison Estrada, Judge.  Affirmed.

Jefferson T. Stamp for Defendants and Appellants.

Mary C. Wickham, County Counsel, Adrian G. Gragas, Assistant County Counsel, and Kelsey C. Nau, Deputy County Counsel, for Plaintiff and Respondent.

Bad Boys Bail Bonds, acting as the agent for The North River Insurance Company (collectively, North River), posted a bail bond to secure the release of a criminal defendant. When the defendant subsequently failed to appear at his arraignment, a superior court judge ordered the bond forfeited. A different superior court judge subsequently entered summary judgment against North River on the bond, and a third superior court judge later denied North River's motion to set aside the summary judgment. North River appealed.

North River argues the superior court violated its due process rights and statutory rights under Penal Code section 1306 because the judge who entered the summary judgment was not the same judge who declared the forfeiture. We rejected the identical arguments by North River in *People v. The North River Ins. Co.* (2020) 53 Cal.App.5th 559, 566-567.

The order is affirmed. The People are to recover their costs on appeal.


SEGAL, Acting P. J.


We concur:


FEUER, J.          DILLON, J.*

---

*      Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.